UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2005 APR -6 P 2: 23

U.S. DISTRICT COURT
DISTRICT OF MASS.

128 IMPORTS, INC. d/b/a MAZDA-OLDS-ISUZU, a Massachusetts corporation,
    Plaintiff

v.

GENERAL MOTORS CORPORATION, a Delaware corporation,
    Defendant

CIVIL ACTION NO. 05-10523 NG

## NOTICE OF APPEARANCE

Please enter my Appearance as counsel for plaintiff, 128 Imports, Inc. d/b/a Mazda-Olds-Isuzu, in the above-captioned matter.

Respectfully submitted,

Kevin C. Cain #550055
Peabody & Arnold LLP
30 Rowes Wharf
Boston, MA 02110
617-951-2100

PABOS2:KCAIN:611957_1
14914-91160

**CERTIFICATE OF SERVICE**
I hereby certify that I served a copy of the foregoing pleading on all parties by mailing same, postage prepaid, to all counsel of record.
Signed under the pains and penalties of perjury
DATED: _____