UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| 128 IMPORTS, INC., | ) | |
| | ) | Case No. 1:05-CV-10523 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NOTICE OF WITHDRAWAL |
| | ) | |
| GENERAL MOTORS CORPORATION, | ) ) | |
| | ) | |
| Defendant. | ) | |

    Please withdraw my appearance as counsel for 128 Imports, Inc. in the above-referenced matter.

Dated this 20th day of April, 2005

                                                       Glenn Israel, Esq.

Bernstein, Shur, Sawyer & Nelson
100 Middle Street
PO Box 9729
Portland, ME 04104-5029
207-774-1200

# Bernstein, Shur, Sawyer & Nelson, P.A.

Counselors at Law

100 Middle Street, West Tower, P.O. Box 9729, Portland, Maine 04104-5029
207-774-1200  Fax 207-774-1127
Internet: www.bssn.com

Glenn Israel
Direct Line: 207-228-7291
E-Mail: gisrael@bssn.com

April 20, 2005

U.S. DISTRICT COURT
APR 25 2004
RECEIVED

Sarah A. Thornton, Clerk
United States District Court
District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

*Re:*  ***128 Imports, Inc. v. General Motors Corporation***
***Docket No. 1:05-cv-10523***

Dear Clerk:

     Although I am a member of the Massachusetts State Bar, I am not admitted to practice in the Federal District Court for the District of Massachusetts. My name appeared on the complaint in the above-referenced matter in error. Local counsel in this matter is Kevin C. Cain of Peabody & Arnold, LLP. I understand that Mr. Cain has entered an appearance in this matter. I enclose Notice of Withdrawal for filing with the court. Please call me should you have any questions or concerns.

Very truly yours,

Glenn Israel

GI/smp
Enclosure

cc:    Kevin C. Cain, Esq.