AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of **MASSACHUSETTS**

128 IMPORTS, INC., d/b/a 128 MAZDA-OLDS-ISUZU, a Massachusetts corporation,
Plaintiff,

V.

GENERAL MOTORS CORPORATION, a Delaware corporation,
Defendant.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**05 - 10523 NG**

TO: (Name and address of Defendant)

GENERAL MOTORS CORPORATION
C/O Registered Agent,
CT CORPORATION
101 Federal Street
Boston, MA 02110

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

ROBERT F. MACDONALD, ESQ.
BERSTEIN, SHUR, SAWYER & NELSON, P.A.
100 MIDDLE STREET, WEST TOWER
PORTLAND, MAINE 04104

an answer to the complaint which is served on you with this summons, within ___Twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                          MAR 18 2005

CLERK                                                    DATE

(By) DEPUTY CLERK

| RETURN OF SERVICE | | | |
|---|---|---|---|
| Service of the Summons and Complaint was made by me (1) | | DATE | March 31, 2005 |
| NAME OF SERVER | THOMAS G. JACKSON | TITLE | Process Server / A Disinterested Person |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

_____, MASSACHUSETTS

☐ Left copies thereof at the defendant's dwelling or usual place of abode with a person of suitable age and discretion then residing therein. Name of person whom the summons and complaint were left:

_____

Said service was made at: _____, MASSACHUSETTS

☒ Other: By handing true and attested copies thereof to   Ms. Allison Liberto, Process Specialist for CT Corporation, Registered

~~Duly Authorized~~ Agent for the within-named   Defendant, General Motors Corporation.

Said service was made at:

101 Federal Street, Boston _____, MASSACHUSETTS

### STATEMENT OF SERVICE FEES

SERVICE FEE  $   40.00     16     Trips

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   March 31, 2005          *Thomas G. Jackson*
                Date                          Signature of Server

One Devonshire Place, Boston, Massachusetts
Address of Server

**ADDITIONAL INFORMATION**
PLEASE NOTE THAT IT WAS NECESSARY TO MAKE ____ ATTEMPTS BEFORE MAKING PROPER SERVICE.

| Date | Time | Remarks | FEE |
|---|---|---|---|
| | | | $ _____ |
| | | | $ _____ |
| | | | $ _____ |
| | | | $ _____ |
| | | | $ _____ |
| | | | $ _____ |
| | | TOTAL | $ _____ |

(1) As to who may serve a summons see Rule 4 to the Federal Rules of Civil Procedure.

**Suvalle, Jodrey & Associates**          **One Devonshire Place**          Telephone # (617) 720-5733
**Massachusetts Constables since 1925**   **Boston, MA 02109**              Fax #        (617) 720-5737