UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| 128 IMPORTS, INC., | ) | |
| | ) | Case No. 1:05-CV-10523 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NOTICE OF WITHDRAWAL |
| | ) | |
| GENERAL MOTORS CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

Please withdraw my appearance as counsel for 128 Imports, Inc. in the above-referenced matter.

Dated this 1st day of June, 2005

Robert F. Macdonald, Jr. Esq.

Bernstein, Shur, Sawyer & Nelson
100 Middle Street
PO Box 9729
Portland, ME 04104-5029
207-774-1200