UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| 128 IMPORTS, INC., d/b/a 128 MAZDA-OLDS-ISUZU, a Massachusetts corporation,<br><br>    Plaintiff<br><br>vs.<br><br>GENERAL MOTORS CORPORATION, a Delaware corporation,<br><br>    Defendant. | No. 05-10523 NG |

### STIPULATION OF DISMISSAL PURSUANT TO FRCP 41(a)(1)

Pursuant to Federal Rule of Civil Procedure 41(a)(1), it is hereby stipulated and agreed, by and between the undersigned, the attorneys of record for plaintiff and defendant, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action, the above-titled action be, and the same hereby is, dismissed with prejudice, without costs to either party as against the other.

Dated: April May 5, 2006

By: /s/ [signature]

Bernstein, Shur, Sawyer & Nelson, P.A.
Robert F. Macdonald
Glenn Israel
100 Middle Street
West Tower
Portland, ME 04104

Myers & Fuller, P.A.
Richard Sox
P.O. Box 14497
Tallahassee, FL 32317

Dated: April May 11, 2006

By: /s/ Richard N. Campbell

Campbell, Campbell, Edwards & Conroy, P.C.
Richard P. Campbell
One Constitution Center
Third Floor Boston, MA 02129

Kirkland & Ellis LLP
Mark Lillie
200 E. Randolph Drive
Chicago, IL 60601-6636

SO ORDERED:

_____